**No. 69508.**—Import Associates of America *v.* United States, protest 61/19025–12230 (Chicago).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiff was sustained.

**No. 69509.**—A. C. Gilbert Co. and Gehrig, Hoban & Co., Inc. *v.* United States, protest 62/12522 (New York).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of motor and chassis assembly with wheels, which are dedicated as parts of locomotives, similar in all material respects to those the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 CCPA 137, C.A.D. 746), the claim of plaintiffs was sustained.

BEFORE THE SECOND DIVISION, AUGUST 12, 1965

**No. 69510.**—Berco, Inc. *v.* United States, protest 64/23666 (New York).

Opinion by RAO, C. J. The official papers disclosing that the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.